STANLEY YACKER, RECEIVER FOR MAR BUILDING, INC., PLAINTIFF-RESPONDENT, v. MARKUS WEINER, MARTIN BLASHINSKY AND MIDDLESEX APARTMENTS, INC., DEFENDANTS-APPELLANTS.

Superior Court of New Jersey
Appellate Division

Argued May 11, 1971—Decided May 20, 1971.

Before Judges LEWIS, MATTHEWS and MINTZ.

*Mr. Barry D. Keith* argued the cause for appellants (*Messrs. Keith, Keith* and *Winters,* attorneys; *Mr. Nestor A. Winters,* on the brief).

*Mr. William G. Bassler* argued the cause for respondent.

PER CURIAM. The judgment is affirmed substantially for the reasons expressed by Judge Lane in his reported opinion, 109 *N. J. Super.* 351.